**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9          SAN JOSE DIVISION
10   MARYLYNN REYNOLDS,                     CASE NO. 5:14-cv-01772 EJD
11                                          **ORDER DISMISSING CASE**
                     Plaintiff(s),
12        v.
13   PATRICK STOKES, et. al.,
14
                     Defendant(s).
15   _____/
16          On August 25, 2014, the court ordered Plaintiff to show cause in writing by September 9,
17   2014, why this case should not be dismissed for lack of subject matter jurisdiction because the
18   Complaint did not establish federal question or diversity jurisdiction.  See Docket Item No. 9.
19          As of this date, Plaintiff has not filed a response to the Order to Show Cause.  Accordingly,
20   for the reasons previously explained, this case is DISMISSED WITHOUT PREJUDICE for lack of
21   subject matter jurisdiction.  The Clerk shall close this file.
22   **IT IS SO ORDERED.**
23
24   Dated:  September 11, 2014
25                                          EDWARD J. DAVILA
                                            United States District Judge
26
27
28

1

CASE NO. 5:14-cv-01772 EJD
ORDER DISMISSING CASE